## HARRIS *v.* THE STATE.

SIMMONS, C. J. A mother who has the right to control and correct her child may authorize another, in her presence, to chastise the child for disobedience ; and if he do so in a proper manner, he is not guilty of an assault and battery upon the child.

*Judgment reversed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 19, — Decided June 3, 1902.

Accusation of assault and battery. Before Judge Robinson. City court of Wrightsville. March 25, 1902.

*J. L. Kent* and *Martin & Martin,* for plaintiff in error.
*B. B. Blount, solicitor,* contra.

---

## LAWSON *v.* THE STATE.

COBB, J.. 1. While a husband is authorized, under the law of this State, to use such force as may be necessary to repel a felonious assault by his wife upon him or his property, he is not justified under any circumstances in striking his wife either by way of chastisement or in resentment of a past injury consisting of an assault upon him or his property; and this is true although the assault may have been in the immediate past.

2. Applying the principle laid down in the preceding note to the present case, there was no error in the charges complained of, and the evidence authorized the verdict.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 19, — Decided June 3, 1902.

Accusation of wife-beating. Before Judge Robinson. City court of Wrightsville. March 25, 1902.

*Martin & Martin* and *J. L. Kent,* for plaintiff in error.
*B. B. Blount, solicitor,* contra.